FILED

10/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0367

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0367

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

    Defendant and Appellant.

_____

FILED

OCT 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant's opening brief shall be filed on or before November 8, 2021.

DATED this ___ day of October, 2021.

For the Court,

_____
Chief Justice